AO 442  UNSEALED 6/14/08

~~ORDERED SEALED BY COURT~~  NOT FOR PUBLIC VIEW

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ABNER BETECH (2)

08 JUN 18 AM 11:43

## WARRANT FOR ARREST

CASE NUMBER: **08 MJ 1855**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ABNER BETECH

_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense)

Wire Fraud and Aiding and Abetting

In violation of Title  __18__  United States Code, § 1343

W. Samuel Hamrick, Jr.                           Clerk of the Court
Name of Issuing Officer                          Title of Issuing Officer

                                                 6-13-08 @ San Diego CA
Signature of Deputy                              Date and Location

Bail fixed at $ no bail pending first appearance    by   Peter C. Lewis
                                                         Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 412 Milagrosa Circle Chula Vista, CA 91910 | | |
| DATE RECEIVED 6/13/08 | NAME AND TITLE OF ARRESTING OFFICER FBI Special Agent Kenneth Boscher | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/16/08 | | |