1    KAREN P. HEWITT
     United States Attorney
2    CHRISTOPHER M. ALEXANDER
     Assistant U.S. Attorney
3    California State Bar No. 201352
     United States Attorney's Office
4    880 Front Street, Room 6293
     San Diego, California 92101-8893
5    Telephone: (619) 557-7425
     Email: christopher.m.alexander@usdoj.gov
6
     Attorneys for Plaintiff
7    United States of America

8                      UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          )    Criminal Case No. 08mj1855
                                        )
11                  Plaintiff,          )
                                        )    NOTICE OF APPEARANCE
12            v.                        )
                                        )
13   RAFAEL SANTIAGO,                   )
                                        )
14                  Defendant.          )
                                        )
15   _____)

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as co-counsel in the above-captioned case.

18        I certify that I am admitted to practice in this court or authorized to practice under CivLR

19   83.3.c.3-4.

20        The following government attorneys (who are admitted to practice in this court or authorized

21   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22   counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23   activity in this case:

24        Name (If none, enter "None" below)

25        None

26

27

28

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5        Name (If none, enter "None" below)

6        None

7        Please call me if you have any questions about this notice.

8        DATED: July 11, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*s/Christopher M. Alexander*
_____
CHRISTOPHER M. ALEXANDER
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj1855 |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| RAFAEL SANTIAGO, | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER M. ALEXANDER,  am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1.   Frank J. Ragen, II**
**2.   Frank T. Vecchione**
**3.   James J. Warner**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case: **John H. Feiner, Snell & Wilmer, 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689** the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2008

 s/Christopher M. Alexander
CHRISTOPHER M. ALEXANDER

Notice of Appearance
United States v.  Santiago                                                                           08mj1855