**FILED**

SEP - 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (THE HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. Case No. 08-CR-02387-W-2 |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE** |
| vs. | |
| ABNER BETECH, | |
| Defendant, | |

GOOD CAUSE HAVING BEEN SHOWN, this Court grants the above-entitled motion.

Thus, THIS COURT ORDERS that the travel conditions restricting travel to the Southern District of California be modified to allow the defendant to travel to Los Angeles on September 3, 2008 and September 4, 2008.

IT IS FURTHER ORDERED that the defendant report to Pretrial Services prior to his departure and upon return from his trip.

IT IS SO ORDERED.

Dated: 9/4/08

_____
HON. THOMAS J. WHELAN
U.S. District Court Judge

*Order Granting Joint Motion for Modification Of Conditions Of Supervised Release, U.S. v. Betech, 08-CR-02387-W-2*

1